IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>William D Rodgers,<br>aka Bill Rodgers<br>aka Newtown Square Air Conditioning & Heating<br><br>Debtor. | Bankruptcy No. 13-19056-elf<br><br>Chapter 13<br><br>Doc. No. 1-1 and 1-2 |

# ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 1-1) and Proof of Claim (claim number 1-2) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 1-1) and Proof of Claim (including attachments) (claim number 1-2) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 1-1 on the Claims Register and Proof of Claim filed as claim number 1-2 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before June 17, 2019**.

Dated: 6/3/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**